An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ELOY PADILLA-SALDANA,
Appellant,
vs.
THE STATE OF NEVADA; AND
WARDEN, DWIGHT NEVEN,
Respondents.

No. 62762

**FILED**

APR 1 8 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a post-conviction petition for a writ of habeas corpus. Second Judicial District Court, Washoe County; Brent T. Adams, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

[1]We deny appellant's motion to file a belated notice of appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-11515

cc:    Hon. Brent T. Adams, District Judge
       Eloy Padilla-Saldana
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk